| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: January 24, 2014 7:31 AM<br>CASE NUMBER: 2013CV35538 |
| **Plaintiff(s)** RAFAEL RAMOS REYES<br>v.<br>**Defendant(s)** GRAND ISLAND EXPRESS INC et al. | |
| | ⚠ **COURT USE ONLY** ⚠<br>Case Number: 2013CV35538<br>Division: 215  Courtroom: |
| **Order: Order Granting Plaintiff's Unopposed Motion to Hold This Matter in Abeyance While the Parties Attend Mediation on March 7, 2014** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date: 1/24/2014

*[signature]*

MARTIN FOSTER EGELHOFF
District Court Judge