| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: March 25, 2014 3:59 PM<br>CASE NUMBER: 2013CV35538 |
| **Plaintiff(s)** RAFAEL RAMOS REYES<br>v.<br>**Defendant(s)** GRAND ISLAND EXPRESS INC et al. | |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2013CV35538<br>Division: 215    Courtroom: |
| **Order: Proposed Order Granting Plaintiff's Notice, Status Report, and Motion for Continued Abeyance of This Matter Up to Including May 1, 2014** ||

The motion/proposed order attached hereto: GRANTED.

Issue Date: 3/25/2014

*[signature]*

ANDREW PATRICK MCCALLIN
District Court Judge