| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, COLORADO**<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: April 1, 2014 9:40 AM<br>CASE NUMBER: 2013CV35538 |
| **Plaintiff(s)** RAFAEL RAMOS REYES<br>v.<br>**Defendant(s)** GRAND ISLAND EXPRESS INC et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV35538<br>Division: 215    Courtroom: |
| **Order: Proposed Order Granting Stipulation Of Plaintiff And Defendants Grand Island Express, Inc. And Matthew Burger Regarding Physiatry Independent Medial Examination** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date: 4/1/2014

*[signature]*

ANDREW PATRICK MCCALLIN
District Court Judge