IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01357-RM-MJW

RAFAEL RAMOS-REYES,

Plaintiff,

v.

GRAND ISLAND EXPRESS, INC., as a corporation, and
MATTHEW BURGER, as an individual,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Unopposed Motion to Amend Scheduling Order and Extend Discovery Deadline (Docket No. 28) is GRANTED for good cause shown. The deadline for non-expert discovery is extended to November 28, 2014, but only for the limited purposes of deposing Plaintiff Rafael Ramos-Reyes, Isabelle Caraveo, and Dr. Allison Fall, and for responding to Plaintiff's first set of written discovery.

Date: November 12, 2014