IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01357-RM-MJW

RAFAEL RAMOS-REYES,

Plaintiff,

v.

GRAND ISLAND EXPRESS, INC., as a corporation, and
MATTHEW BURGER, as an individual,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Joint Motion to Extend the Deadline to File Dismissal Papers (Docket No. 36) is GRANTED. The parties shall file final dismissal papers no later than January 7, 2015.

It is further ORDERED that Plaintiff's Motion for Protective Order (Docket No. 21) is DENIED AS MOOT.

Date: December 23, 2014