## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01357-RM-MJW

RAFAEL RAMOS-REYES,

      Plaintiff,

v.

GRAND ISLAND EXPRESS, INC. as a corporation and MATTHEW BURGER,

      Defendants.

_____

## JOINT STIPULATED
## MOTION FOR DISMISSAL WITH PREJUDICE
_____

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Rafael Ramos-Reyes by and through counsel, Mark Gould of The Law Office of Mark Gould, P.C and Defendants Grand Island Express, Inc. and Matthew Burger, by and through their counsel, Lance G. Eberhart and J. Ryan Johnson of Hall & Evans, L.L.C., that the parties have reached a full and final settlement in the above-caption matter, and respectfully submit this joint motion to extend the deadline to file dismissal papers, and

      IT IS FURTHER STIPULATED AND AGREED that Plaintiff and Defendant request the Court to enter an Order of Dismissal with Prejudice, with each party to pay his own costs and attorney fees.

2

Respectfully submitted this 9th day of January, 2015.

| The Law Office of Mark A. Gould, P.C. | Hall & Evans, L.L.C. |
|---|---|
| */s/ Mark A. Gould*<br>Mark A. Gould, Esq.<br>The Schleier Mansion<br>1665 Grant Street, First Floor<br>Denver, CO 80203<br>P: (303) 832-2393<br>F: (303) 832-2394 | */s/ Lance G. Eberhart*<br>Lance G. Eberhart<br>J. Ryan Johnson<br>1001 Seventeenth Street, Suite 300<br>Denver, Colorado 80202<br>Telephone: (303) 628-3300<br>Facsimile: (303) 628-3368<br>eberhartl@hallevans.com<br>johnsonr@hallevans.com |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2015, I electronically filed the foregoing **JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mark A. Gould
mark@markgouldlaw.com

                                        *s/ Susan E. Small, Legal Assistant to*
                                        Lance G. Eberhart
                                        J. Ryan Johnson
                                        Hall & Evans, L.L.C.
                                        1001 Seventeenth Street, Suite 300
                                        Denver, Colorado 80202
                                        Telephone: (303) 628-3300
                                        Facsimile: (303) 628-3368
                                        eberhartl@hallevans.com
                                        johnsonr@hallevans.com
                                        Attorneys for Defendants

00557441.000.DOCX