IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 14-cv-01357-RM-MJW

RAFAEL RAMOS-REYES,

    Plaintiff,

v.

GRAND ISLAND EXPRESS, INC. As a corporation and MATTHEW BURGER,

    Defendants.

---

## ORDER GRANTING JOINT STIPULATED
## MOTION FOR DISMISSAL WITH PREJUDICE (ECF NO. 39)

---

This matter comes before the Court on the Parties' Joint Stipulated Motion for Dismissal with Prejudice filed January 9, 2015 (ECF No. 39).  The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Joint Stipulated Motion for Dismissal with Prejudice is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his/her or its own attorney's fees and costs.

Dated this 9th day of January, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge